UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES,
:
Plaintiff,   :   17 Crim. 610-12 (LGS)
:
-against-   :   ORDER
:
WILLIAM RAY,   :
Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is in receipt of the attached letter from Defendant, seeking (1) compassionate release due to the presence of COVID-19 at FMC Oklahoma, the facility where he is currently housed, and (2) an assignment to a residential reentry center or home placement for the final portion of his sentence, which he contends has been delayed because FMC Rochester, the facility at which he is designated for such placement, is not accepting inmate transfers due to COVID-19. The Court denied Defendant's first motion for compassionate release from FCI Williamsburg on September 2, 2020 (Dkt. No. 595). It is hereby

**ORDERED** that by **February 19, 2021**, the Government shall (1) file a response to this application, including a summary of conditions related to COVID-19 at FMC Rochester and FMC Oklahoma and (2) email Defendant's current BOP medical records to the Chambers email address.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant.

Dated: February 8, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1/24/21

Page 1 of 3

Honorable Judge Lorna G. Schofield
United States District Court Judge
Southern District

| United States | Cr. 67-610 (LGS) |
| V. | |
| WILLIAM RAY | |

Greetings Judge Schofield,
It has been 4 months since our last correspondence. I would like to formally resubmit a motion for Compassionate release under 3582(c)(1)(A). I am currently 12 months from release, and have not as of yet been submitted for RRC placement of any kind. I have been in transit since October 30th, 2020. The Case managers at both U.S.P Atlanta and F.T.C Oklahoma where I am currently being housed said they cannot put me in because I am designated to another facility. There is no foreseeable time table as to when I will be transferred due to the re-spike of Covid-19 cases nation wide. The facility where I am designated is currently a Covid hotspot (FMC Rochester) and has issued a moratorium of movement until 2/3/21. This is now the second extension that has been placed on the facility since I have been in Oklahoma on December 23, 2020. As per RRC Guidelines the deadline to submit a request for RRC/Home Confinement is (11) months prior to the inmates release. Also I am eligible for 12 months home Confinement under Section 3621 of the Second Chance Act which I fall under

1/24/21
Page 2 of 3

due to the fact that I am a first time non-violent offender. Currently I have served 40 months on my prison term in which my statutory release date is Feb 21, 2022 which is close to if not more than 75%. I know the Government objected that they felt I had not served enough time to reflect the seriousness of my crime. However, I truly hope that is not the same argument in which they choose to object my release with this time. I have already submitted a proper release plan, have employment and housing waiting for me upon release, I also have a 5 year old son (William K. Ray Jr.) at home waiting on me. I would like nothing more than to make it home for his birthday of April 12th, 2021. Unfortunately if I am not submitted by March I will receive no halfway (RRC) or home confinement placement. Which means I will have to be incarcerated until February 21, 2022. Another full year away from my family will break me down literally! I am putting myself at the mercy of your Honor and her Court in asking for a chance to rejoin society and be a positive influence and fixture in my son's life. I greatly appreciate your assistance in this matter your Honor.

1/24/21
Page 3 of 3

Honorable Judge Lorna G. Schofield
U.S. District Court Judge
Southern District of NY
40 Foley Square
New York, N.Y. 10007

William Ray
#79620-054

*[signature]*

## Inmate Population – Updated Moratorium January 21, 2021

The moratorium is for movement only, which includes incoming and outgoing movement. The institutions will continue to receive designations and the pipeline will remain in place.

FCI Beaumont - BMM - expires 2/03/21

✳ FMC Rochester – RCH – 2/3/21 (Work Cadre Only) ✳

FCI Ray Brook-RBK - expires 1/27/21

FMC Devens -DEV - expires 1/27/21

FCI Fort Dix - FTD - expires 1/27/21

FMC Lexington - LEX - expires 1/27/21

FCC Lompoc - LOX - expires 1/27/21 (Entire Complex)

FCI McKean - MCK - expires 1/27/21

FCI Phoenix - PHX - expires 1/27/21

FCC Victorville - VIX - expires 1/20/21 (Entire Complex)

RAY, WILLIAM  79620054